# United States Court of Appeals
## For the Eighth Circuit

_____

No. 19-1664

_____

Mark Williams

*Petitioner - Appellant*

v.

William P. Barr, Attorney General of the United States; Chad Wolf[1]; Peter B. Berg, U.S. ICE Field Office Director for the St. Paul Field Office; Warden of Immigration Detention Facility

*Respondents - Appellees*

_____

Appeal from United States District Court
for the District of Minnesota

_____

Submitted: November 21, 2019
Filed: November 26, 2019
[Unpublished]

_____

Before SHEPHERD, KELLY, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

---

[1]Chad Wolf has been appointed to serve as Acting Secretary of Homeland Security, and is substituted as appellee pursuant to Federal Rule of Appellate Procedure 43(c).

Mark Williams appeals from the district court's[2] denial of his 28 U.S.C. § 2241 petition. Upon careful de novo review, we find no basis for reversal. See Zadvydas v. Davis, 533 U.S. 678, 699, 701 (2001); Lema v. INS, 341 F.3d 853, 854-57 (9th Cir. 2003); see also Abdullah v. Hedrick, 392 F.3d 957, 959 (8th Cir. 2004) (standard of review). We modify the dismissal, however, to be without prejudice. Accordingly, the judgment of the district court is affirmed as modified. See 8th Cir. R. 47B.

_____

[2]The Honorable David S. Doty, United States District Judge for the District of Minnesota.